```
                                                            Closed
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY
----------------------------X
GEORGETTE AUBRY, et al

        Plaintiffs,
                                   Civil Action No. 00-3616WJM

v.                                 ORDER OF DISMISSAL

MARCAL PAPER MILLS, et al

        Defendants.
----------------------------X
```

It has been reported to the Court that the above-captioned matter has been settled.

It is on this 25th day of May, 2004

ORDERED that this action is hereby dismissed without costs and without prejudice, to the right, upon motion and good cause shown, within 60 days, to reopen this action if the settlement is not consummated; and

If any party shall move to set aside this Order of Dismissal as provided in the first paragraph or pursuant to the provisions of Fed. R. Civ. P. 60(b), in deciding such motion the Court retains jurisdiction of the matter to the extent necessary to enforce the terms and conditions of any settlement entered into between the parties.

S/ William J. Martini

_____

WILLIAM J. MARTINI, U.S.D.J.